UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-23164-WPD

HOWARD COHAN,

Plaintiff,

vs.

SAMBA MIDTOWN LLC,

Defendant.

_______________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Howard Cohan, and Defendant, Samba Midtown LLC, by and through their respective undersigned counsel and pursuant to Rule 41(a)(1), Fed. R. Civ. P., stipulate and agree that this action is dismissed with prejudice.

Dated: September 22, 2023

**WEISS LAW GROUP, P.A.**
*Attorneys for Plaintiff*
5531 N. University Drive
Coral Springs, FL 33067
Phone: 954-573-2800
Email: jason@jswlawyer.com

BY: s/ Jason S. Weiss, Esq.
**JASON S. WEISS**
Florida Bar No.: 356890

**GREENSPOON MARDER LLP**
*Attorneys for Defendant*
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Phone: 954-491-1120
Fax: 954-267-8027
Email: Peter.Siegel@gmlaw.com
Email: Alex.Leiva@gmlaw.com

BY: s/ Peter R. Siegel, Esq.
**PETER R. SIEGEL**
Florida Bar No.: 988634
**ALEJANDRO I. LEIVA**
Florida Bar No.: 118309