UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-cv-23164-WPD

HOWARD COHAN,

Plaintiff,

vs.

SAMBA MIDTOWN LLC,

Defendant.
_____________________________________/

**ORDER OF DISMISSAL**

THIS MATTER is before the Court on the Joint Stipulation of Dismissal with Prejudice [DE 15] (the "Stipulation"), filed on September 22, 2023. The Court has carefully considered the Stipulation and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 15] is hereby **APPROVED**.
2. This case is **DISMISSED WITH PREJUDICE**,
3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 25th day of September 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record